FILED

2019 Jan-31  PM 03:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

DANIEL LAWSON, *on behalf of*
*himself and all others similarly situated,*

     Plaintiff,

v.

                             Case No.: 3:18-cv-00083-HNJ

I.C. SYSTEM, INC., a Minnesota
corporation,

     Defendant.

_____/

## DECLARATION OF MICHAEL J. SELBITSCHKA

I, Michael J. Selbitschka, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

1.     I am over the age of 18 and am authorized to make this Declaration on behalf of Defendant, I.C. System, Inc. ("Defendant").

2.     This Declaration is based on personal knowledge gained through my association with Defendant as well as a review of documents related to Plaintiff's account.

3.     I am Defendant's Vice President of National Accounts and have held this position since February 2016.

4.     As such, I am familiar with Defendant's collection procedures and records.

5.     I am familiar with Plaintiff Daniel Lawson's ("Plaintiff") Comcast account ending in 8247 ("Plaintiff's Account").

6.     On or about April 25, 2017, Comcast placed Plaintiff's Account with Defendant on for collection.

7.     Attached as Exhibit 1 is Defendant's Account History demonstrating the date of placement and the amount placed ($388.00).[1]

8.     Pursuant to its agreement with Defendant, Comcast has agreed to refer to Defendant only valid, due, and owed debts. Comcast did not indicate to Defendant Plaintiff had filed a bankruptcy petition or that the debt at issue was otherwise not owed.

9.     Defendant's Account History is created by Defendant's proprietary collection software called "ICE" at or near the time of the activity by someone with knowledge or by a computer system.  The Account History is kept in the ordinary course of Defendant's regularly conducted business activity.  Making the Account History is a regular practice of Defendant.

10.     As part of its compliance practice, Defendant utilizes the services of a third-party vendor LEXIS-NEXIS to perform what is commonly referred to as a "bankruptcy scrub." As indicated on the Account History, a bankruptcy scrub was performed on Plaintiff's account on April 25, 2017, as evidenced by the indication "NCOA-Standardization-BankoDeceased" on the penultimate row of Exhibit 1. The "C" in that same row indicates the scrub was completed. The scrub results provided by LEXIS-NEXIS did not reveal Plaintiff had filed for bankruptcy or that the debt at issue had been discharged as part of a Chapter 7 bankruptcy proceeding. If the scrub results provided by LEXIS-NEXIS had revealed Plaintiff filed for bankruptcy or that the debt at issue had been discharged as part of a Chapter 7 bankruptcy proceeding, the account would have automatically been removed from collections by ICE.

11.     Defendant did not obtain a credit report on Plaintiff as part of its collection efforts.

---

[1]Defendant's Account History is created by Defendant's proprietary collection software called "ICE" at or near the time of the activity by someone with knowledge or by a computer system.  The Account History is kept in the ordinary course of Defendant's regularly conducted business activity.  Making the Account History is a regular practice of Defendants.

12.     On April 28, 2017, Defendant sent its initial collection letter to the Plaintiff. A true and correct copy of that letter is attached hereto as Exhibit 2. The letter contained the "validation notice" 15 U.S.C. §1692g of the FDCPA requires be provided to consumers. Defendant received no written response to its April 28, 2017 letter.

13.     On July 2, 2017, Defendant credit reported the debt to Equifax, Experian, Innovis, and TransUnion. Defendant has an automated system that provides information to credit reporting agencies on accounts selected for credit reporting. Defendant does not receive a credit report from any credit reporting agency as part of Defendant's credit reporting process.

14.     On January 19, 2018, Defendant received the Complaint filed in this case. Defendant then submitted a request to delete the account from Plaintiff's credit report to Equifax, Experian, Innovis, and TransUnion and Defendant ceased all collection activity.

Executed on this 27th day of September, 2018

_____
MICHAEL J. SELBITSCHKA

3

**Account: 119671926-1-59**

Debt Category:  Consumer

**Lawson,Daniel**
228 Rhodes Dr
Florence, AL 356335951
Address Status: Verified



70 Years
**IC System**
*Intelligent Collections*

Service Summary



**Client Summary**
Client: 11503662 - Comcast
Agreement #: 1000140300
Special Handling: None
Notes:

## Latest Activity

| Activity Name | Activity Date | Activity Description |
|---|---|---|
| Most Recent Series Letter Sent | 6/12/2017 11:59:59 PM | Special settlement, with tax message 278 Settlement Sent |
| First Credit Reported | 7/2/2017 5:09:53 AM | Reason: Placement |
| Last Attempt | 8/14/2017 4:06:31 PM | Debtor Unidentified Phone Consumer Questions Account |
| Most Recent Manual Letter Sent | 8/14/2017 11:59:59 PM | Compromise offer accepted debtor must respond 005 Compromise offer Sent |
| Last Contact | 8/15/2017 9:46:17 AM | Debtor Unidentified Phone Consumer Questions Account |
| Last Credit Reported | 12/24/2017 4:09:28 AM | Reason: Deleted |

## Account Balance

| Type | Account Original Balance | Account Current Balance | Account Non Payment Adjustments | Account Payments |
|---|---|---|---|---|
| Principal | $388.00 | $388.00 | $0.00 | $0.00 |

## Debt Detail

| Debt Number | On File | CDV | Status | Entry Date | Original Charge Date | Agency Days |
|---|---|---|---|---|---|---|
| 72575505 | N | 6396900040208247 | L | 04/26/2017 | 10/06/2015 | 266 |

# Bankruptcy Information

Chapter:
Status:
Filed Date:
Docket #:
State Filed:
County:
City Filed:
Status Date:
Proof of Claim Date:
Bar Date:
Meeting Date:
Meeting Location:
Petitioner Name:

**Court**
Court District:
Address 1:
Address 2:
City:
State:
Phone:
Zip

Trustee
Name:
Address 1:
City:
State:
Zip:
Phone:

## All Phones

| Relationship To Debtor | Phone Type | Phone Status | Number | TZ | 1st Party | 3rd Party | Overall Total | | |
|---|---|---|---|---|---|---|---|---|---|
| Debtor: Lawson, Daniel | Unidentified Phone | Inbound | | | 0/0/0 | 1/1/5 | 1/1/5 | ▬▬ | ▬▬ |
| Debtor: Lawson, Daniel | Mobile | Cease | ▬▬3519 | CST | 0/0/0 | 6/2/0 | 6/2/0 | ▬▬ | ▬▬ |
| Consumer Attorney: , RONALD C. SYKSTUS | Unknown | Cease | ▬▬9999 | CST | 0/0/0 | 0/0/0 | 0/0/0 | ▬▬ | ▬▬ |

## Notes

| Date | Note | Source | Method | User |
|---|---|---|---|---|
| 6/5/2017 2:10:08 PM | ob ▬▬3519 mr unwilling to vic addy  asked to be taken off because asked to vic, mr rfsd | IC System | User | Mee Vang |
| 7/17/2017 9:27:27 AM | #▬▬3519 - mr vic mm - sd he rcvd sif ltr to old add & need snt to now one pls - updatd add & tld him will snd - sd then will call bck to pay sif offer $252.20 | IC System | User | Mellony Thesing |
| 7/17/2017 5:03:02 PM | Requested 005 | IC System | User | Kelly Gomez |
| 8/4/2017 11:21:28 AM | ▬▬3519 VIC MM MR CALL IN SD NEED 278 MAIL-ADDY UPDATED  PREV SENT TO WRONG ADDY | IC System | User | Mai Xiong |
| 8/4/2017 4:06:31 PM | ▬▬3519-vic-mm-mr said he called in earlier and he doesn't think they understood what he was saying and mr said he wants a sif letter and did adv we can get one out to you...good number no lead available | IC System | User | Brittney Pooler |
| 8/7/2017 5:56:18 PM | No PA for sif offer so forwarded to Sup to review | IC System | User | Kelly Gomez |
| 8/11/2017 9:24:19 AM | mail other armgmnt set up with 65% sif 252.20 for two weeks out.. lead update | IC System | User | Nathan Delarwelle |
| 8/11/2017 9:35:38 AM | Requested 005 | IC System | User | Kelly Gomez |
| 8/15/2017 9:48:17 AM | ▬▬3519 VIC MM Mr caeld in to verify his SIF letter was sent. Advised yes it is in the mail now | IC System | User | Brittni Smith |
| 1/19/2018 8:41:01 AM | **RCVD LAWSUIT RFR ALU ANY INFO 2 LEGAL*** | IC System | User | Lisa Erickson |
| 1/15/2018 6:45:00 AM | rfr 4 aua = delete | IC System | User | Lisa Erickson |
| 1/15/2018 1:47:48 AM | AUD Control Number: 87835e6c0b3a0bdb5c 6eb5d1 c1 | IC System | User | Lisa Erickson |

# History

Score

## Account History *(Click Here to Display)*

## Balance

| Debt ID | Incurreddate | Transaction Date | Transaction Type | Amount | Principal Balance | Source | Method | User Name |
|---------|--------------|------------------|------------------|--------|-------------------|--------|--------|-----------|
| 72575505 | 10/09/2015 | 4/25/2017 | Initial Placement | $388.00 | $388.00 | Client | File | |
| 72575505 | | 1/19/2018 | Current Balance | $388.00 | $388.00 | Client | File | |

## Payment

## Payment Arrangement

| # of Payments | Status | Total Amount | Frequency | Payment Arrangement Type | Settlement Accepted | Scheduled Payment Date | Payment Amount | Fee Amount | Total Amount | Payment Status | Total Owed at Arrangement |
|---------------|--------|--------------|-----------|--------------------------|---------------------|------------------------|----------------|------------|--------------|----------------|---------------------------|
| 1 | Broken | $252.20 | One-Time | Mail/Other | Y | 07/31/2017 | $252.20 | $0.00 | $252.20 | | $388.00 |
| 1 | Broken | $252.20 | One-Time | Mail/Other | Y | 08/25/2017 | $252.20 | $0.00 | $252.20 | | $388.00 |

## Letter

| Requested | Letter #-Name | Party | Status | Printed | Source | Method | User | Validation On Letter | Delivery Method |
|-----------|---------------|-------|--------|---------|--------|--------|------|----------------------|-----------------|
| 07/17/2017 | 005-Compromise offer | 3rd Party | S | 07/18/2017 | IC System | Batch | Kelly Gomez | | Mail |
| 08/11/2017 | 005-Compromise offer | 3rd Party | S | 08/14/2017 | IC System | Batch | Kelly Gomez | | Mail |
| 04/26/2017 | 510-Initial notice - first in the | 3rd Party | S | 04/28/2017 | IC System | Batch | | X | Mail |
| 06/11/2017 | 278-Settlement | 3rd Party | S | 06/12/2017 | IC System | Batch | | | Mail |



## Phase History

| Party | Phase | Phase Status | Phase Start Date | Phase End Date | Service | Service Status | Service Start Date | Service End Date | Next Action Date | Process Plan |
|-------|-------|--------------|------------------|----------------|---------|----------------|--------------------|------------------|------------------|-------------|
| 3rd Party | Intensive Collection | C | 04/25/2017 | 11/13/2017 | Wait | C | 04/25/2017 | 04/25/2017 | 04/25/2017 | No Grace Period |
| 3rd Party | Intensive Collection | C | 04/25/2017 | 11/13/2017 | Letters | C | 04/25/2017 | 06/12/2017 | 06/12/2017 | Tier 1-5 510 & 278 46 Days |
| 3rd Party | Intensive Collection | C | 04/25/2017 | 11/13/2017 | Calls | S | 04/25/2017 | 11/13/2017 | 11/13/2017 | Call Service Plan- 90 Days Extend 90 Days |
| 3rd Party | Intensive Collection | C | 04/25/2017 | 11/13/2017 | Skip Trace | C | 04/25/2017 | 06/06/2017 | 06/06/2017 | WF Tier 1-5>= $50.00/MaxPhsAge75/1Step-Innovis |
| 3rd Party | Notification | N | 04/25/2017 | 04/25/2017 | Notification | N | 04/25/2017 | 04/25/2017 | 04/25/2017 | No Processing |
| 3rd Party | Letters Only | N | 04/25/2017 | 04/25/2017 | Letters | N | 04/25/2017 | 04/25/2017 | 04/25/2017 | No Processing |
| 3rd Party | Letters Only | N | 04/25/2017 | 04/25/2017 | Standardization | N | 04/25/2017 | 04/25/2017 | 04/25/2017 | No Processing |
| 3rd Party | Pre-Processing | N | 04/25/2017 | 04/25/2017 | Wait | N | 04/25/2017 | 04/25/2017 | 04/25/2017 | No Processing |
| 3rd Party | Intensive Collection | C | 04/25/2017 | 11/13/2017 | Data Enhancement | N | 04/25/2017 | 07/16/2017 | 07/15/2017 | Innovis-Repeat every 10 days |
| 3rd Party | Intensive Collection | C | 04/25/2017 | 11/13/2017 | Standardization | C | 04/25/2017 | 04/25/2017 | 04/25/2017 | NCOA-Standardization-BankoDeceased |
| 3rd Party | Intensive Collection | C | 04/25/2017 | 11/13/2017 | Notification | N | 11/13/2017 | 11/13/2017 | 11/13/2017 | No Processing |

| 3rd Party | Intensive Collection | C | 04/25/2017 | 11/13/2017 | Letters | N | 11/13/2017 | 11/13/2017 | 11/13/20 17 | No Processing |
| 3rd Party | Seconds | S | 11/13/2017 | 12/22/2017 | Credit Reporting | C | 04/25/2017 | 06/26/2017 | | Standard Credit Reporting |
| 3rd Party | Seconds | S | 11/13/2017 | 12/22/2017 | Close/Return | S | 04/25/2017 | 12/22/2017 | | Standard FileDriven Plan |
| 3rd Party | Seconds | S | 11/13/2017 | 12/22/2017 | Skip Trace | C | 11/13/2017 | 11/14/2017 | 11/13/20 17 | WF Tier 1-5>= $50.00/MaxPhsAge75/1Step-Innovis |
| 3rd Party | Seconds | S | 11/13/2017 | 12/22/2017 | Data Enhancement | N | 11/13/2017 | 11/13/2017 | 11/13/20 17 | No Processing |
| 3rd Party | Seconds | S | 11/13/2017 | 12/22/2017 | Web | N | 11/13/2017 | 11/13/2017 | 11/13/20 17 | No Processing |
| 3rd Party | Seconds | S | 11/13/2017 | 12/22/2017 | Letters | N | 11/13/2017 | 11/13/2017 | 11/13/20 17 | No Processing |
| 3rd Party | Seconds | S | 11/13/2017 | 12/22/2017 | Calls | S | 11/13/2017 | 12/22/2017 | 06/03/20 18 | Call Service Plan- 90 Days Extend 90 Days |
| 3rd Party | Seconds | S | 11/13/2017 | 12/22/2017 | Credit Monitor | S | 11/13/2017 | 12/22/2017 | 11/13/20 19 | Credit Monitor - Experian 3rd Party CW/Seconds Pln |
| 3rd Party | Seconds | S | 11/13/2017 | 12/22/2017 | Standardization | N | 11/13/2017 | 11/13/2017 | 11/13/20 17 | No Processing |
| 3rd Party | 3rd Party - Retained | C | 11/13/2017 | 11/13/2017 | Wait | C | 11/13/2017 | 11/13/2017 | 11/13/20 17 | Wait X Days |

## Link/Unlink

| Date/Time | Account # | Debt Id | End Date |
| --- | --- | --- | --- |
| 4/25/2017 4:09:00 PM | 119671926-1-59 | 72575505 | |

# Debtor

Debtor: Daniel  Lawson
SSN: *****9924
Birth Date:
Business License Number:
Business Type:

Date of Death:
County:
Death Certificate #:
( ) Copy of Death Certificate

## Debtor Addresses

| Current | Primary | Status | Routed | Type | Address | Source | Method | Update Date | Update User |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| X | | Unknown | | Last Client Address | 4146  HEAD OF GREEN RIVER RD WAYNESBORO, TN 384654926 | Client | File | 4/25/2017 4:09:00 PM | batchuser |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| X | | Bad | Moved, left no forwarding address | Home | 4148 Head of Green River Rd Waynesboro, TN 384854926 | Donnelly | File | 7/17/2017 9:27:26 AM | Mellony Thesing |
| | X | Unknown | Donnelly Updated | Home | 4148 Head of Green River Rd Waynesboro, TN 384854926 | Donnelly | File | 4/25/2017 6:30:08 PM | batchuser |
| | X | Unknown | Melissa Updated | Home | 4148 Head of Green River Rd Waynesboro TN 384854926 | Client | File | 4/25/2017 4:09:00 PM | batchuser |
| | | Unknown | Last Client Address | | 229 SMITH ST FLORENCE, AL 35630 | Client | File | 4/25/2017 4:09:00 PM | batchuser |
| X | | Unknown | Melissa Updated | Service Address | 229 Smith St Florence, AL 356304050 | Client | File | 4/25/2017 4:09:00 PM | batchuser |
| X | X | Verified | | Home | 228 Rhodes Dr Florence, AL 356335951 | IC System | User | 7/17/2017 9:27:27 AM | Mellony Thesing |

## Debtor E-Mail

# Contacts

## Contact Name

| Relationship To Debtor | Name | SSN | Birth Date | Business License Number | Business Type Name |
|---|---|---|---|---|---|
| Consumer Attorney | RONALD C SYKSTUS | | | | |

## Contacts Addresses

| Current | Primary | Name | Status | Reason | Type | Address | Source | Method | Update Date | Update User |
|---|---|---|---|---|---|---|---|---|---|---|
| X | X | Consumer Attorney. RONALD C SYKSTUS | Unknown | | Unknown | 225 Pratt Ave NE<br><br>Huntsville, AL 358014008 | Attorney | User | 1/19/2018 8:40:14 AM | Lisa Erickson |

## Contacts E-Mail



Account:

Debt Category: Consumer

Lawson, Daniel

*Address Status: Verified*

70 Years

Intelligent Collections

Service Summary

Client Summary
Client: Comcast
Agreement #:
Special Handling:
Notes:

Latest Activity

| Activity Name | Activity Date | Activity Description |
|---|---|---|

Account Balance

| Type | Account Original Balance | Account Current Balance | Account Non Payment Adjustments | Account Payments |
|---|---|---|---|---|
| Principal | $388.00 | $388.00 | $0.00 | $0.00 |

Debt Detail

| Debt Number | Debt #v | CBV | Status | Entry Date | Original Charge Date | Agency Days |
|---|---|---|---|---|---|---|
| N | | | L | 04/05/2017 | 10/05/2015 | 216 |

## Bankruptcy Information

Chapter:
Status:
Filed Date:
Docket #:
State Filed:
County:
City Filed:
Status: Date
Type of Current Date
Bar Date:
Meeting Date:
Meeting Location:
Petitioner Name:

Court
Court District:
Address 1:
Address 2:
City:
State:
Phone:
Zip:

Trustee
Name:
Address 1:
City:
State:
Zip:
Phone:



## All Phones

| Relationship To Debtor | Phone Type | Phone Status | Number | TZ | 1st Party | 3rd Party | Overall Total | | |
|---|---|---|---|---|---|---|---|---|---|
| Debtor Lawson, Daniel | Unidentified Phone | Inbound | | | 0/0/0 | 1/1/5 | 1/1/5 | | |
| Debtor Lawson, Daniel | Mobile | Cease | ▪▪▪-3519 | CST | 0/0/0 | 6/2/0 | 6/2/0 | | |
| Consumer Attorney, RONALD C SYKSTUS | Unknown | Cease | ▪▪▪▪-9999 | CST | 0/0/0 | 0/0/0 | 0/0/0 | | |

## Notes

| Date | Note | Source | Method | User |
|---|---|---|---|---|

## History



**Account History** *(Click Here to Display)*

## Balance

| Debt ID | Incurred date | Transaction Date | Transaction Type | Amount | Principal Balance | Source | Method | User Name |
|---|---|---|---|---|---|---|---|---|
| 72575505 | 10/09/2015 | 4/25/2017 | Initial Placement | $388.00 | $388.00 | Client | File | |
| 72575505 | | 1/19/2018 | Current Balance | $388.00 | $388.00 | Client | File | |

## Payment

## Payment Arrangement

| # of Payments | Status | Total Amount | Frequency | Payment Arrangement Type | Settlement Accepted | Scheduled Payment Date | Payment Amount | Fee Amount | Total Amount | Payment Status | Total Owed at Arrangement |
|---|---|---|---|---|---|---|---|---|---|---|---|

## Letter

| Requested | Letter e-Name | Party | Status | Printed | Source | Method | User | Validation On Letter | Delivery Method |
|---|---|---|---|---|---|---|---|---|---|

## Phase History

| Party | Phase | Phase Status | Phase Start Date | Phase End Date | Service | Service Status | Service Start Date | Service End Date | Next Action Date | Process Plan |
|---|---|---|---|---|---|---|---|---|---|---|
| 3rd Party | Intensive Collection | C | 04/25/2017 | 11/13/2017 | Standardization | C | 04/25/2017 | 04/25/2017 | 04/25/2017 | NCOA-Standardization-BankeDeceased |



## Link/Unlink

Date/Time          Account #          Debt Id          End Date

## Debtor

Debtor: Daniel  Lawson
SSN:
Birth Date:
Business License Number:
Business Type:

Date of Death:
County:
Death Certificate #:
( ) Copy of Death Certificate

## Debtor Addresses

Current   Primary   Status   Service   Type   Address   Source   Method   Update Date   Update User



## Debtor E-Mail

# Contacts

## Contact Name

| Relationship To Debtor | Name | SSN | Birth Date | Business License Number | | Business Type Name |
|---|---|---|---|---|---|---|
| Consumer Attorney | RONALD C SYKSTUS | | | | | |

## Contacts Addresses

| Current | Primary | Name | Status | Reason | Type | Address | Source | Method | Update Date | Update User |
|---|---|---|---|---|---|---|---|---|---|---|
| X | X | Consumer Attorney RONALD C SYKSTUS | Unknown | | Unknown | | | | | |

## Contacts E-Mail